**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Martin RODRIGUEZ, Defendant— Appellant.**

**Nos. 02–50469, 02–50472.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Ronald L. Cheng, Esq., USLA–Office of the U.S. Attorney, Los Angeles, CA, Robert C. Stacy, II, Esq., USR-U.S. Attorney's Office Riverside, Riverside, CA, for Plaintiff–Appellee.

Phillip I. Bronson, Esq., Encino, CA, for Defendant–Appellant.

Before: KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM **

Martin Rodriguez appeals his guilty-plea convictions and 78–month sentences for conspiracy to illegally possess pseu-

doephedrine, in violation of 21 U.S.C. §§ 841(d)(2), 846, and conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rodriguez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Rodriguez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief in these direct appeals. Counsel's motion to withdraw is **GRANTED** and the district court's judgments are **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.